**No. 50346.**—Protest 102036–K of Veneers, Inc. (New York).

Opinion by OLIVER, P. J. It was stipulated that the walnut flitches are the same in all material respects as those the subject of *United States* v. *Dixie Veneer Co., Inc.* (32 C. C. P. A. 75, C. A. D. 288), which record was admitted in evidence

herein. In accordance therewith it was held that the merchandise is entitled to entry free of duty under paragraph 1803, Tariff Act of 1930, and not subject to the internal revenue tax assessed.